185

**Don A. DAVIS, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE.**

No. 12169.

Circuit Court of Appeals, Eighth Circuit.

Oct. 9, 1942.

Chadbourne, Hunt, Jaeckel & Brown, of New York City, and Henry J. Plagens, of Kansas City, Mo., for petitioner.

Samuel O. Clark, Jr., Asst. Atty. Gen., J. Louis Monarch, Sp. Asst. to Atty. Gen., and J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, of Washington, D. C., for respondent.

PER CURIAM.

Case remanded to United States Board of Tax Appeals with directions to modify its decision, etc., pursuant to stipulation.

**MIDLAND GARMENT MANUFACTURING COMPANY (formerly Master White Goods Company), Appellant, v. Frederick W. PEETZ.**

No. 12455.

Circuit Court of Appeals, Eighth Circuit.

Oct. 20, 1942.

William H. Pitzer, Marshall Pitzer, and Moran & James, all of Nebraska City, Neb., for appellant.

Shotwell & Vance, of Omaha, Neb., and E. M. Harrington, of St. Louis, Mo., for appellee.

PER CURIAM.

Appeal from United States District Court docketed and dismissed at cost of appellant but without taxation of attorneys' docket fee in favor of appellee, on motion of appellant and stipulation of parties.

**L. W. JOHNSON et al. v. J. H. YOST LUMBER COMPANY et al.**

No. 12410.

Circuit Court of Appeals, Eighth Circuit.

Oct. 12, 1942.

C. A. Sorensen and Beghtol, Foe & Rankin, all of Lincoln, Neb., for appellants.

Robert Van Pelt, of Lincoln, Neb., Harold A. Prince, of Grand Island, Neb., P. E. Boslaugh, of Hastings, Neb., and William Suhr, of Grand Island, Neb., for appellees.

PER CURIAM.

Appeal from United States District Court dismissed, on motion of appellees.